UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | INDICTMENT CR 13-92 PAM/LIB |
|---|---|
| Plaintiff, | (18 U.S.C. § 922(g)(1)) |
| v. | (18 U.S.C. § 924(a)(2)) |
| | (18 U.S.C. § 924(d)(1)) |
| 1.   RONALD PARIS RILES, | (28 U.S.C. § 2461(c)) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Firearms)

On or about February 6, 2013, in the State and District of Minnesota, the defendant,

**RONALD PARIS RILES**,

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is,

| Crime | Place of Conviction | Date Committed | Date Sentenced |
|---|---|---|---|
| First Degree Murder | Cook County, Illinois | 10/24/1993 | 04/10/1996 |
| Manufacturing/Delivering Cannabis | Cook County, Illinois | 07/26/2007 | 11/01/2007 |

did knowingly and unlawfully possess, in and affecting interstate commerce, two firearms, that is, a Hi Point, Model C9, 9 millimeter pistol, serial number P1657556, and a Ruger, Model Blackhawk, .357 caliber revolver, serial number 30-95325, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FILED APR 2 2 2013
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

SCANNED
APR 2 3 2013
U.S. DISTRICT COURT MPLS

United States v. Ronald Paris Riles

## FORFEITURE ALLEGATION

If convicted of Count 1 of this indictment, the defendant,

**RONALD PARIS RILES,**

shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited to, a Hi Point, Model C9, 9 millimeter pistol, serial number P1657556, and a Ruger, Model Blackhawk, .357 caliber revolver, serial number 30-95325, and the magazines and ammunition seized in connection therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON